UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
OCT - 3 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
v.                         ) No.
                           )      **4:19CR00821 RLW/NCC**
CHARLES EDWARD KATES, SR., )
                           )
        Defendant.         )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 13, 2019, in St. Louis City, within the Eastern District of Missouri,

**CHARLES EDWARD KATES, SR.,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about August 13, 2019, in St. Louis City, within the Eastern District of Missouri,

**CHARLES EDWARD KATES, SR.,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more

crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney